IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| BILLIE J. SCHULL, SHANNON NAGLE, as Personal Representative for the Estate of Jody R. Denning, deceased, WILLIAM B. FIEBELKORN, JANET NOBLE, as Personal Representative for the Estate of ROBERT L. MACK, deceased, ORIN W. FREDENBERG, DONALD W. JOHNSON, as Personal Representative for the Estate of Donald A. Johnson, deceased, HOLLY McKENZIE, as Personal Representative for the Estate of RICHARD G. DAVIDSON, deceased, IRA TROYER, as Personal Representative for the Estate of IVAN W. TROYER, SR., deceased, VIRGENE LECOUNT, GEORGE P. WILLIAMS, AMY WOLLGAST, as Personal Representative for the Estate of EDDIE E. EGGERS, deceased, RANDY J. CARLSON, DON L. DAY, NORITA D. SKRAMSTAD, LARRY E. LUDWIG, BETTY A. WARNER, KENNETH RIECH, JOHN E. SCHNACKENBERG, LAURA L. JOHNSON, RICHARD SHAVLIK, FRANCES J. BAKER, as Personal Representative for the Estate of BRUCE C. BAKER, deceased, BOBBYE MALLORY, as Personal Representative for the Estate of ALAN R. MALLORY, deceased, CAROL ARENSMEYER, Personal | Cause No. 17-CV-76-CCL<br><br>**ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION OF EDWARD J. LONGOSZ, II** |

Representative for the Estate of KEITH G. CHALMERS, deceased, JACK C. FARRAR, GORDON L. KNOPP, LOUIS JAM; KEITH G. WOOD, and DARRYN W. BAKER,

        Plaintiffs,

v.

MARYLAND CASUALTY COMPANY, a Maryland Corporation; and DOES A-Z.

        Defendants.

---

Defendant, Maryland Casualty Company, has moved for the admission of Edward J. Longosz, II, to practice before the Court in the above captioned matter with Joe Seifert of Keller Law Firm, P.C., as designated local counsel. Mr. Longosz's application appears to be in compliance with Local Rule 83.1(d).

**IT IS HEREBY ORDERED:**

Defendant's motion to allow Mr. Longosz to appear on its behalf is **GRANTED** on the following conditions:

1. Local counsel, Mr. Seifert, will be designated as lead counsel or as co-lead counsel with Mr. Longosz. Mr. Longosz must do his own work. He must do his own writing, sign his own pleadings, motions, briefs and other documents served or filed by him, and if designated, co-lead counsel must appear and participate personally in all proceedings before the Court. Local counsel, Mr. Seifert, shall also

sign such pleadings, motions and briefs and other documents served or filed.

2. Admission is not granted until Mr. Longosz, within fifteen (15) days from this date of this Order has filed an acknowledgment and acceptance of his admission under the terms set forth above.

3. Admission is personal to Mr. Longosz.

DATED the 6th day of April 2018.

CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE