IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

**FILED**

APR 0 6 2018

Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| BILLIE J. SCHULL, SHANNON NAGLE, as Personal Representative for the Estate of Jody R. Denning, deceased, WILLIAM B. FIEBELKORN, JANET NOBLE, as Personal Representative for the Estate of ROBERT L. MACK, deceased, ORIN W. FREDENBERG, DONALD W. JOHNSON, as Personal Representative for the Estate of Donald A. Johnson, deceased, HOLLY McKENZIE, as Personal Representative for the Estate of RICHARD G. DAVIDSON, deceased, IRA TROYER, as Personal Representative for the Estate of IVAN W. TROYER, SR., deceased, VIRGENE LECOUNT, GEORGE P. WILLIAMS, AMY WOLLGAST, as Personal Representative for the Estate of EDDIE E. EGGERS, deceased, RANDY J. CARLSON, DON L. DAY, NORITA D. SKRAMSTAD, LARRY E. LUDWIG, BETTY A. WARNER, KENNETH RIECH, JOHN E. SCHNACKENBERG, LAURA L. JOHNSON, RICHARD SHAVLIK, FRANCES J. BAKER, as Personal Representative for the Estate of BRUCE C. BAKER, deceased, BOBBYE MALLORY, as Personal Representative for the Estate of ALAN R. MALLORY, deceased, CAROL | Cause No. 17-CV-76-CCL<br><br>**ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION OF KENNEDY C. RAMOS** |

ARENSMEYER, Personal Representative for the Estate of KEITH G. CHALMERS, deceased, JACK C. FARRAR, GORDON L. KNOPP, LOUIS JAM; KEITH G. WOOD, and DARRYN W. BAKER,

Plaintiffs,

v.

MARYLAND CASUALTY COMPANY, a Maryland Corporation; and DOES A-Z.

Defendants.

---

Defendant, Maryland Casualty Company, has moved for the admission of Kennedy C. Ramos, to practice before the Court in the above captioned matter with Joe Seifert of Keller Law Firm, P.C., as designated local counsel. Kennedy C. Ramos's application appears to be in compliance with Local Rule 83.1(d).

**IT IS HEREBY ORDERED:**

Defendant's motion to allow Kennedy C. Ramos to appear on its behalf is **GRANTED** on the following conditions:

1. Local counsel, Mr. Seifert, will be designated as lead counsel or as co-lead counsel with Ms. Ramos. Ms. Ramos must do her own work. She must do her own writing, sign her own pleadings, motions, briefs and other documents served or filed by her, and if designated, co-lead counsel must appear and participate personally in all proceedings before the Court. Local counsel, Mr. Seifert, shall also

2

sign such pleadings, motions and briefs and other documents served or filed.

2.      Admission is not granted until Ms. Ramos, within fifteen (15) days from this date of this Order has filed an acknowledgment and acceptance of her admission under the terms set forth above.

3.      Admission is personal to Ms. Ramos

DATED the 6th day of April, 2018.

CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE