FILED
4/30/2019
Clerk, U.S. District Court
District of Montana
Helena Division

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| BILLIE J. SCHULL, et al. | CASE NO. 17-CV-076-H-CCL |
| Plaintiffs, | |
| vs. | **ORDER STAYING PROCEEDINGS** |
| MARYLAND CASUALTY COMPANY, et al. | |
| Defendants. | |

The parties having jointly moved for a temporary stay of this action, and good cause appearing therefore,

IT IS HEREBY ORDERED

This case is temporarily stayed. The scheduling deadlines in the Court's March 22, 2019, Order, are suspended. The status conference date of May 30, 2019 is vacated.

The parties shall inform this Court of any relevant activity in other courts that would alter the analysis of the reasons for a stay of all or any of the claims in this case with periodic joint status reports.

Dated this 30th day of April, 2019

CHARLES C. LOVELL
Senior United States District Judge

1